**Marco Antonio VIEYRA, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 14-72059

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 03, 2016

Susan Elizabeth Hill, Hill & Piibe, Immigration Attorneys, Los Angeles, CA, for Petitioner.

Dana Michelle Camilleri, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, San Francisco, CA, for Respondent.

Before: LEAVY, SILVERMAN, and GRABER, Circuit Judges.

MEMORANDUM **

Marco Antonio Vieyra, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen deportation proceedings based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny the petition for review.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The BIA did not abuse its discretion in denying Vieyra's motion to reopen as untimely, where Vieyra filed the motion over twelve years after his final order of deportation, *see* 8 C.F.R. § 1003.2(c)(2), and he has not demonstrated the due diligence necessary to warrant equitable tolling of the filing deadline, *see Avagyan v. Holder*, 646 F.3d 672, 679 (9th Cir. 2011) (equitable tolling is available to an alien who is prevented from filing a motion to reopen due to deception, fraud, or error, as long as the alien exercises due diligence in discovering such circumstances).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

